IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAMARA LYNN FUTRELL,

    Plaintiff,                                         No. CIV S-10-2083 LKK DAD PS

    vs.

UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,

    Defendant.                              ORDER

/

        Plaintiff, proceeding pro se, commenced this action on August 5, 2010, by filing a document that has been liberally construed as a complaint. On August 6, 2010, plaintiff filed a statement indicating that she would like to drop all of her claims. No defendant has appeared in the action.

        Good cause appearing, IT IS ORDERED that:

        1. Plaintiff's motion to proceed in forma pauperis (Doc. No. 2) is denied as moot.

        2. This action is dismissed and the case shall be closed pursuant to plaintiff's notice of voluntary dismissal (Doc. No. 3) and Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED: August 10, 2010.

*signature: Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\futrell2083.voldism